UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                              Case No. 07-cr-88-01,02-SM

Anthony Carder,
Deborah Carder


ORDER


Defendant Anthony Carder's assented-to motion to continue the trial (document no. 17) is granted. Trial has been rescheduled for the January 2008 trial period. Defendants Carder shall file a Waiver of Speedy Trial Rights not later than October 22, 2007 . On the filing of such waivers, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.

     Final Pretrial Conference:  December 17, 2007 at 4:30 PM

     Jury Selection:          January 8, 2008 at 9:30 AM

     SO ORDERED.


October 11, 2007

Steven J. McAuliffe
Chief Judge


cc:  William Morse, Esq.
     Steven Gordon, Esq.
     William Christie, Esq.
     Michael Sheehan, Esq.
     U. S. Probation
     U. S. Marshal